**AFFIRMED; Opinion Filed July 29, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01255-CR

### TIMOTHY JAMES FRYAR, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 063988**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Evans

A jury convicted Timothy James Fryar of assault involving family violence and having a prior 2007 conviction for assault involving family violence. *See* TEX. PENAL CODE ANN. § 22.01(a)(1), (b)(2)(A) (West 2011); TEX. FAM. CODE ANN. §§ 71.0021, 71.005 (West 2008 & Supp. 2014). The trial court assessed punishment, enhanced by a prior felony conviction,[1] at eight years' imprisonment. *See* TEX. PENAL CODE ANN. § 12.42(a) (West Supp. 2014). On appeal, appellant's attorney filed a brief in which he concludes the appeal is wholly frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967).

---

[1] The prior conviction was for another felony assault involving family violence.

The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance. *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978). Counsel delivered a copy of the brief to appellant. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

Appellant filed a pro se response raising a single issue. After reviewing appellant's counsel's brief, appellant's pro se response, the State's response brief, and the record, we agree the appeal is frivolous and without merit. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases). We find nothing in the record that might arguably support the appeal.

We affirm the trial court's judgment.

/ David Evans/
DAVID EVANS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
141255F.U05

-2-



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

TIMOTHY JAMES FRYAR, Appellant

No. 05-14-01255-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the  15th Judicial District Court of Grayson County, Texas (Tr.Ct.No. 063988).
Opinion delivered by Justice Evans, Justices Fillmore and Myers participating.


Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.


Judgment entered this 29th day of July, 2015.